█ In the Matter of JERRY D., a Person Alleged to be a Juvenile Delinquent, Appellant.

The appellant's admission was properly taken pursuant to a knowing and voluntary waiver of his rights, and appellant was fully aware that his admission might subject him to the disposition actually ordered. Further, a preponderance of the evidence adduced at the dispositional hearing establishes that the order placing appellant provided the least restrictive available alternative (Family Ct Act § 352.2). Thompson, J. P., Bracken, O'Connor and Weinstein, JJ., concur.